CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for SAU WEUY SAEPHAN,
Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-04-205-GEB |
| Plaintiff, | **REQUEST FOR ORDER AND ORDER EXONERATING BOND** |
| v. | |
| SAU WEUY SAEPHAN, | |
| Defendant. | |

On or about October 1, 2004, a $100,000.00 appearance bond, secured by the real property of Sammy Lee, whose mailing address is 10335 Jennick Way, Elk Grove, CA  95758, was posted on behalf of defendant Sau Weuy Saephan in the within matter.

On February 18, 2005, Mr. Seaphan was sentenced to a prison term of 21 months.  Thereafter, on March 18, 2005, Mr. Saephan reported to the Taft Correctional Institute, a facility operated by the U.S. Bureau of Prisons.

Accordingly, it is hereby requested that the $100,000 secured appearance bond be exonerated and that the Clerk of the District Court be directed to reconvey back to the Trustor that Deed of Trust received by the Clerk on or about October 1, 2004.

Dated: July 27, 2005          /s/ CANDACE A. FRY
                              CANDACE A. FRY,  Attorney for
                              SAU WEUY SAEPHAN, Defendant

**O R D E R**

IT IS HEREBY ORDERED that the appearance bond in the amount of $100,000.00 posted by Sammy Lee and secured by a Deed of Trust to his home located at 10335 Jennick Way, Elk Grove, Sacramento County, California  95758, is hereby exonerated and the Clerk shall forthwith cause a Deed of Reconveyance to be recorded.

```
DATED:  August 1, 2005
                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```