UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
Chief United States District Judge
Sacramento, California

                RE:    Sau Weuy SAEPHAN
                      Docket Number:   2:04CR00205-07
                      <u>**CONTINUANCE OF JUDGMENT**</u>
                      <u>**AND SENTENCE**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from August 17, 2007 to August 31, 2007 at 9:00 a.m.

**REASON FOR CONTINUANCE:**

This officer inadvertently missed the scheduled release date appropriate for the Dispositional Memorandum.  Thus, Your Honor will not receive the memorandum in ample time to review.

                                  Respectfully submitted,

                                  /s/ George A. Vidales
                              **GEORGE A. VIDALES**
                              **United States Probation Officer**

**REVIEWED BY:**    /s/ Deborah A. Spencer
                        **DEBORAH A. SPENCER**
                        **Supervising United States Probation Officer**

Dated:      August 13, 2007
               Elk Grove, California
               GAV/cj

**RE:**    **Sau Weuy SAEPHAN**
     **Docket Number:   2:04CR00205-07**
     **CONTINUANCE OF JUDGMENT AND SENTENCE**


cc:   Clerk, United States District Court
     Mary L. Grad, Assistant United States Attorney
     Candace A. Fry, Defense Counsel (Appointed)
     Shani Furstenau, Court Clerk
     Probation Office


_X_    **Approved**    ____

____    **Disapproved**


Dated:  August 14, 2007

_/s/ Garland E. Burrell, Jr._
GARLAND E. BURRELL, JR.
United States District Judge