

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
AUG 31 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES OF AMERICA,  )
            )
       Plaintiff,    )   Case No. 04-205-GEB
            )
  v.   Dan "Danny" Dopham )   RELEASE ORDER NO. _____
            )
            )   ORDER FOR RELEASE OF
       Defendant.     )   PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Dan Danny Dopham_

_____, Case No. _____,

Charge _____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

____ Bail posted in the sum of $_____

____ Unsecured Appearance Bond

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

✓ (Other) _4:30pm on 8-31-07 because sentence is served_

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _____ on _____,

19_____ at _____ a.m./p.m.

By _____
   United States District Judge or
   ~~United States Magistrate~~

Original - U.S. Marshal